DOUGLAS J. DE LEO, PRO SE
70 Mainline Drive
Westfield, MA 01085
Phone: (413) 562-7081

Douglas J. De Leo, Pro Se Defendant

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>       Plaintiff,<br><br>  v.<br><br>DOUGLAS J. DE LEO, an individual; and THOMAS STOKOWSKI, an individual,<br><br>       Defendants. | Case No. CV09-07835 CAS (SSx)<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DOUGLAS J. DE LEO**<br><br>**[Local Rule 7.1-1]** |

Under Local Rule 7.1-1, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: October _18_, 2010

By: _____
    Douglas De Leo
    Pro Se Defendant

875085.01/LA